bar it is also our conclusion that the alleged violation was not the cause of plaintiffs' injury. As indicated by the pleadings it was the alleged license plate service which caused the injury if any to the plaintiffs and not the maintenance of a branch office. See *State v. Illinois Central RR. Co.*, 246 Ill. 188, 92 N.E. 814.

Finding no error in the judgments of the circuit court of Will County the judgments are affirmed.

Judgments affirmed.

ALLOY, P. J., and SCOTT, J., concur.

ELLSWORTH-STEWART, INC., Plaintiff-Counterdefendant-Appellee, *v.* M. FUAT TIGRAK, Defendant-Counterplaintiff-Appellant.

(No. 11425;

Fourth District—November 23, 1971.

PER CURIAM.

Winkelman & Winkelman, of Urbana, for appellant.

Thomas J. Logue, of Mattoon, and Robert N. Corley, of Urbana, for appellee.